IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Max Sanchez-Garzona,<br><br>    Petitioner,<br><br>vs.<br><br>Alberto Gonzales, United States<br>    Attorney General,<br><br>    Respondents, | No. CV-06-1863-PHX-MHM (JI)<br><br>**ORDER** |

On August 31, 2006, Petitioner, through counsel, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. #1), asserting that Petitioner received ineffective assistance of counsel during his immigration appeal proceeding, which resulted in the dismissal of that appeal for failure to prosecute. On October 5, 2006, Petitioner filed the instant Motion for Voluntary Dismissal (Dkt. #11). The matter was referred to United States Magistrate Judge Jay R. Irwin who has issued a Report and Recommendation that recommends that the Court grant Petitioner's Motion and Dismiss the action without prejudice.

**STANDARD OF REVIEW**

The Court must review the legal analysis in the Report and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C). The Court must review the factual analysis in the Report and Recommendation de novo for those facts to which objections are filed. "Failure to object to

a magistrate judge's recommendation waives all objections to the judge's findings of fact." Jones v. Wood, 207 F.3d 557, 562 n.2 (9th Cir. 2000).

**DISCUSSION**

On October 5, 2006, Petitioner filed the instant Motion for Voluntary Dismissal (Dkt. #11) asserting that the Ninth Circuit Court of Appeals has reopened his appeal of removal order, thereby rendering inappropriate the continuation of this habeas proceeding in this Court. Petitioner requests the dismissal of this action without prejudice. Respondent has not responded to the Motion.

A district court generally "should not entertain a habeas corpus petition while there is an appeal pending" in the Court of Appeals. Feldman v. Henman, 815 F.2d 1318, 1320 (1987). The Magistrate Judge recommends granting without prejudice Petitioner's Motion for Voluntary Dismissal because the disposition of a direct appeal may render a habeas petition moot.

**Accordingly**,

**IT IS ORDERED** that the Court adopts the Magistrate Judge's Report and Recommendation (Dkt. #12) as the Order of the Court.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Voluntarily Dismiss (Dkt. #11) is granted.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (Dkt. #1) is dismissed without prejudice.

DATED this 9th day of January, 2007.

_____
Mary H. Murguia
United States District Judge

- 2 -